```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

TIM JAMES WASHINGTON,            )
                                 )
            Plaintiff,           )
                                 )
      v.                         )    No. 4:11-CV-1865-NAB
                                 )
MISSOURI DEPARTMENT OF CORRECTIONS, )
et al.,                          )
                                 )
            Defendants.          )

### ORDER OF DISMISSAL
### PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 9th day of January, 2012.

                              /s/Jean C. Hamilton
                              **UNITED STATES DISTRICT JUDGE**