UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIM JAMES WASHINGTON,  )<br>  )<br>        Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>MISSOURI DEPARTMENT OF CORRECTIONS,  )<br>et al.,  )<br>  )<br>        Defendants.  ) | No. 4:11-CV-1865-NAB |

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 9th day of January, 2012.

                          /s/Jean C. Hamilton
                          **UNITED STATES DISTRICT JUDGE**